**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| AMERICAN PATENTS LLC, | CIVIL ACTION NO. 4:18-cv-768-ALM |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| HISENSE CO. LTD., et al., | |
| Defendants. | |

**ORDER**

This matter came before the Court upon the Joint Motion to Dismiss (Dkt. #102) filed by Plaintiff American Patents LLC ("American"), and Defendants Top Victory Electronics (Taiwan) Co. Ltd., TPV Electronics (Fujian) Co. Ltd., and TPV Technology Ltd. (collectively "TPV"). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that all claims asserted by American against TPV in this action are hereby dismissed with prejudice and all claims asserted by American against Best Buy Co., Inc., solely as they relate to TPV's products, are hereby dismissed with prejudice, subject to the Court's reservation of jurisdiction over the parties to enforce the parties' settlement agreement. It is further

**ORDERED** that American and TPV shall bear their own costs, expenses and legal fees in this case.

**SIGNED this 18th day of June, 2019.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE