# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HISENSE CO., LTD. et al.,<br><br>　　Defendants. | CIVIL ACTION NO. 4:18-cv-768-ALM<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS SHARP

WHEREAS, Plaintiff American Patents LLC ("American") and Defendant Sharp Corporation ("Sharp") have resolved American's claims for relief against Sharp asserted in this case.

NOW, THEREFORE, American and Sharp, through their attorneys of record, request this Court to dismiss all claims asserted by American against Sharp with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses, subject to the Court's retention of jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

Dated: August 16, 2019                                Respectfully submitted,

*/s/ C. Ryan Pinckney*                                    */s/ Hua Chen*

Matthew J. Antonelli                                  Hua Chen (pro hac vice)
Texas Bar No. 24068432                                Email: huachen@scienbizippc.com
matt@ahtlawfirm.com                                   Calvin Chai (pro hac vice)
Zachariah S. Harrington                               Email: calvinchai@scienbizippc.com
Texas Bar No. 24057886                                SCIENBIZIP, P.C.
zac@ahtlawfirm.com                                    550 South Hope Street, Suite 2825

Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
The People's Petroleum Building
102 N College Ave., 13th Floor
Tyler, Texas 75702
(903) 593-7000

**ATTORNEYS FOR PLAINTIFF
AMERICAN PATENTS LLC**

Los Angeles, California 90071
Telephone: (213) 426-1771
Facsimile: (213) 426-1788

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: Melissa@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANT SHARP CORPORATION**

1

## CERTIFICATE OF SERVICE

    I hereby certify that on August 16, 2019, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ C. Ryan Pinckney*
C. Ryan Pinckney
