IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HISENSE CO., LTD. et al.,<br><br>　　Defendants. | CIVIL ACTION NO. 4:18-cv-768-ALM<br><br>**<u>JURY TRIAL DEMANDED</u>** |

## <u>ORDER</u>

　　This matter came before the Court upon the Joint Motion to Dismiss filed by Plaintiff American Patents LLC ("American") and Defendant Sharp Corporation ("Sharp"). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

　　**ORDERED** that all claims asserted by American against Sharp in this action are hereby dismissed with prejudice, subject to the Court's retention of jurisdiction over the parties to enforce the parties' settlement agreement. It is further

　　**ORDERED** that American and Sharp shall bear their own costs, expenses and legal fees in this case.

　　All relief not previously granted is hereby DENIED.

　　The Clerk is directed to CLOSE this civil action.

　　**IT IS SO ORDERED.**
　　SIGNED this 20th day of August, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE